**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**NAZMI KACMAZ,**

**Petitioner,**

**v.**

**LUIS SOTO, *et al.*,**

**Respondents.**

**Case No. 26–cv–10845–ESK**

**OPINION AND ORDER**

**THIS MATTER** is before the Court on petitioner Nazmi Kacmaz's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition) (ECF No. 1.)

1. Petitioner is a citizen of Turkiye. (ECF No. 1 ¶ 2.) He entered the United States without inspection on or about February 18, 2022. (*Id.*)

2. On October 28, 2025, petitioner was arrested in Pennsylvania for, among other things, driving under the influence, 75 Pa. C.S. § 3802(a)(1); and accidents involving damage to attended vehicle or property, 75 Pa. C.S. § 3743. (ECF No. 4–2 pp. 2, 3.) The charges are still pending. (*Id.*)

3. Immigration and Customs Enforcement (ICE) took petitioner into custody at a routine check-in on August 14, 2026. (ECF No. 1 ¶ 3.) Petitioner has been without bond since that time. (*Id.*)

4. Under 28 U.S.C. § 2241(c), habeas relief may be extended to a prisoner only when he "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). A federal court has jurisdiction over such a petition if the petitioner is "in custody" and the custody is allegedly "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3); *Maleng v. Cook*, 490 U.S. 488, 490 (1989).

5. Respondents submitted a letter on August 26, 2026 arguing that petitioner is being detained pursuant to 8 U.S.C. § 1225(b)(2). (ECF No. 5 p. 2.)

6. I conclude that petitioner is being unlawfully detained under § 1225 because petitioner was apprehended inside the United States after residing here for an extended period, and therefore he should have been detained under

8 U.S.C. §1226, which requires an opportunity to seek bond. *See Ayala Amaya v. Bondi*, No. 25–cv–16428, 2025 WL 3033880, at *2–3 (D.N.J. Oct. 30, 2025).

Accordingly,

**IT IS** on this **28th** day of **August 2026** **ORDERED** that:

1. Petitioner's Petition is **GRANTED**. Respondents shall provide petitioner with an individualized bond hearing pursuant to 8 U.S.C. §1226(a) before an immigration judge within 7 days of this Order. Respondents shall provide the immigration court a copy of this Opinion and Order prior to the hearing.

2. Petitioner, or his counsel, shall have notice of the bond hearing, a reasonable opportunity to prepare, and be permitted to reschedule the hearing without seeking this Court's intervention. The hearing may be rescheduled outside of the 7-day period at petitioner's request.

3. The Clerk shall **CLOSE** this case.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**